**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.,*[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered.) |
| | ) | |

# <u>MOTION FOR RELIEF FROM COURT FEE</u>

I, Daniel A. Frishberg, do hereby formally request that the court grant me relief from the court filing fee for my Adversary Proceeding, for the reasons stated below.

*TABLE OF AUTHORITIES:*

1.  *Shanks v Celsius Network LLC* Docket Number 4

## <u>Background</u>

I am a 19 year old college freshman who filed a small claims court lawsuit against Celsius Networks LLC on July 11th 2022. I requested an exemption from the automatic stay to be able to pursue this matter in the county where I filed my lawsuit. That motion was denied, so I am pursuing it in your courtroom.

## <u>Argument</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Paying the court fees would place a large financial burden on me since I am a broke college student. I have filed an Adversary Proceeding against Celsius due to the breach of contract (among other issues), which occurred on July 5th 2022.

## **<u>Conclusion</u>**

I humbly request that Your Honor waves the court filing fees, because paying the court fees would cause me undue hardships. Justice and due process should not be strictly for those who can afford to pay court fees. I understand that this is an unusual request, but this is an unusual circumstance.

Respectfully Signed:

Daniel A. Frishberg, *Pro Se*

December 22nd, 2022,

Florida, USA

*/s/<u>Daniel A. Frishberg</u>*