UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

      Celsius Network, LLC

                    Debtor(s)

-----------------------------------------------------------x

        Daniel Frishberg

                Plaintiff(s)

      v.

      Celsius Network, LLC, et al.

               Defendant(s)

-----------------------------------------------------------x

Chapter 11

Case No. 22-10964 (MG)

Adversary Proceeding
Case No. 22-01179 (MG)


### ORDER DENYING MOTION SEEKING A WAIVER OF THE FILING FEE FOR ADVERSARY PROCEEDING COMPLAINT

The Plaintiff in this adversary proceeding has filed a motion (the "Motion," ECF

Doc. # 3.) requesting that the filing fee be waived.

It is hereby, ORDERED, that the Motion is DENIED.


Dated: December 23, 2022
      New York, New York


                                  ***/s/ Martin Glenn***
                             Chief United States Bankruptcy Judge