**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |
| DANIEL FRISHBERG, | ) ) ) | |
| Plaintiff, | ) ) | Adversary Proceeding No. 22-01179 (MG) |
| v. | ) ) | |
| CELSIUS NETWORK LLC; CELSIUS KEYFI LLC; CELSIUS LENDING LLC; CELSIUS MINING LLC; CELSIUS NETWORK INC.; CELSIUS NETWORK LIMITED; CELSIUS NETWORKS LENDING LLC; and CELSIUS US HOLDING LLC, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR**
**<u>FAILURE TO PAY THE FILING FEE</u>**

WHEREAS on December 9, 2022 Daniel Frishberg ("Frishberg") filed the above captioned action (the "Action.") (*See Complaint*, ECF Doc. # 1.)

WHEREAS the docket for the Action indicates that Frishberg did not pay the filing fee when he filed the Action. (*See* Docket.)

WHEREAS on December 16, 2022 Frishberg filed a motion (the "Motion," ECF Doc. # 3) seeking a waiver of the filing fee.

WHEREAS on December 23, 2022 this Court entered an order denying the Motion. (*See*

ECF Doc. # 3.)

WHEREAS as of the date of this Order the docket for the Action indicates that Frishberg has not paid the filing fee. (*See* Docket.)

NOW, THEREFORE, IT IS ORDERED that Frishberg must show cause before the Honorable Martin Glenn, Chief United States Bankruptcy Judge for the Southern District of New York, why the Action should not be dismissed for failure to pay the filing fee.

IT IS FURTHER ORDERED that within 14 days from the date of this Order to Show Cause, Frishberg shall either pay the filing fee or respond to this Order to Show Cause.

IT IS FURTHER ORDERED that if Frishberg wishes to have the filing fee waived, he must re-apply for the relief and include a financial statement, which can be filed under seal, showing a need for a fee waiver.

IT IS FURTHER ORDERED that defendants' time to answer the complaint is suspended until the issue of Frishberg's failure to pay the filing fee is resolved.

**IT IS SO ORDERED.**

Dated: February 10, 2023
       New York, New York

                                               /s/ **Martin Glenn**
                                              MARTIN GLENN
                                    Chief United States Bankruptcy Judge