# Notice Recipients

| District/Off: 0208–1 | User: admin | Date Created: 2/10/2023 |
|---|---|---|
| Case: 22–01179–mg | Form ID: pdf001 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

pla        Daniel Frishberg

TOTAL: 1