**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |
| DANIEL FRISHBERG, | |
| Plaintiff, | Adversary Proceeding No. 22-01179 (MG) |
| v. | |
| CELSIUS NETWORK LLC;<br>CELSIUS KEYFI LLC;<br>CELSIUS LENDING LLC;<br>CELSIUS MINING LLC;<br>CELSIUS NETWORK INC.;<br>CELSIUS NETWORK LIMITED;<br>CELSIUS NETWORKS LENDING LLC;<br>and CELSIUS US HOLDING LLC, | |
| Defendants. | |

**ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR**
**<u>FAILURE TO PAY THE FILING FEE</u>**

WHEREAS on December 9, 2022 Daniel Frishberg ("Frishberg") filed the above captioned action (the "Action.")  (*See Complaint*, ECF Doc. # 1.)

WHEREAS the docket for the Action indicates that Frishberg did not pay the filing fee when he filed the Action.  (*See* Docket.)

WHEREAS on December 16, 2022 Frishberg filed a motion (the "Motion," ECF Doc. # 3) seeking a waiver of the filing fee.

WHEREAS on December 23, 2022 this Court entered an order denying the Motion.  (*See*

ECF Doc. # 3.)

WHEREAS as of the date of this Order the docket for the Action indicates that Frishberg has not paid the filing fee. (*See* Docket.)

NOW, THEREFORE, IT IS ORDERED that Frishberg must show cause before the Honorable Martin Glenn, Chief United States Bankruptcy Judge for the Southern District of New York, why the Action should not be dismissed for failure to pay the filing fee.

IT IS FURTHER ORDERED that within 14 days from the date of this Order to Show Cause, Frishberg shall either pay the filing fee or respond to this Order to Show Cause.

IT IS FURTHER ORDERED that if Frishberg wishes to have the filing fee waived, he must re-apply for the relief and include a financial statement, which can be filed under seal, showing a need for a fee waiver.

IT IS FURTHER ORDERED that defendants' time to answer the complaint is suspended until the issue of Frishberg's failure to pay the filing fee is resolved.

**IT IS SO ORDERED.**

Dated:  February 10, 2023
         New York, New York

                                         **/s/ Martin Glenn**
                                         MARTIN GLENN
                                         Chief United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of New York

Frishberg,
    Plaintiff

Celsius Network LLC,
    Defendant

Adv. Proc. No. 22-01179-mg

## CERTIFICATE OF NOTICE

District/off: 0208-1      User: admin      Page 1 of 1
Date Rcvd: Feb 10, 2023      Form ID: pdf001      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Daniel Frishberg |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2023      Signature:     /s/Gustava Winters