**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*, | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| DANIEL FRISHBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 22-01179 (MG) |
| v. | ) | |
| | ) | |
| CELSIUS NETWORK LLC; | ) | |
| CELSIUS KEYFI LLC; | ) | |
| CELSIUS LENDING LLC; | ) | |
| CELSIUS MINING LLC; | ) | |
| CELSIUS NETWORK INC.; | ) | |
| CELSIUS NETWORK LIMITED; | ) | |
| CELSIUS NETWORKS LENDING LLC; | ) | |
| and CELSIUS US HOLDING LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING REQUEST TO SEAL FINANCIAL INFORMATION

It is hereby Ordered,

That Daniel Frishberg's *ex parte* request to file certain financial information under seal in connection with the order to show cause entered at ECF Doc. # 6 is **GRANTED**. Such financial information shall, upon filing, be sealed, and remain sealed unless otherwise ordered by the Court. Upon case closure the Clerk's office is directed to dispose of the document.

**IT IS SO ORDERED.**

Dated:  February 17, 2023
       New York, New York

                                            **/s/ Martin Glenn**
                                            MARTIN GLENN
                                Chief United States Bankruptcy Judge