**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, *et al.*, | ) Case No. 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| DANIEL FRISHBERG, | ) |
| | ) |
| Plaintiff, | ) Adversary Proceeding No. 22-01179 (MG) |
| v. | ) |
| | ) |
| CELSIUS NETWORK LLC; | ) |
| CELSIUS KEYFI LLC; | ) |
| CELSIUS LENDING LLC; | ) |
| CELSIUS MINING LLC; | ) |
| CELSIUS NETWORK INC.; | ) |
| CELSIUS NETWORK LIMITED; | ) |
| CELSIUS NETWORKS LENDING LLC; | ) |
| and CELSIUS US HOLDING LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## <u>ORDER WAIVING FILING FEE</u>

On December 22, 2022, Daniel Frishberg ("Frishberg") filed a Motion to Waive the

Filing Fee for the above referenced adversary proceeding (the "Motion," ECF Doc. # 3.)  The

Motion did not contain any documentation of Frishberg's financial situation.  On December 23,

2023, the Court entered an order (ECF Doc. # 4) denying the Motion.  Because Frishberg did not

subsequently pay the filing fee, on February 10, 2023 the Court entered an order to show cause

(the "Order to Show Cause," ECF Doc. # 6) requiring Frishberg within 14 days to either 1) pay

the filing fee or 2) re-apply for a fee waiver and include a financial statement, which could be

filed under seal.  (Order to Show Cause at 2.)  The Order to Show Cause also provided that the Defendant's time to answer the complaint would be suspended until the issue of the fee waiver was resolved.  (*Id.*)  Frishberg timely filed a financial statement under seal which demonstrates his entitlement to a fee waiver at this time.  (*See* ECF Doc. # 11.)

It is hereby, ORDERED, that the filing fee is waived.

It is further, ORDERED, that the Defendant's time to answer the complaint shall no longer be suspended and shall begin running again as of the date of this order.

It is further, ORDERED, that any further requests from Frishberg for a fee waiver will require a renewed application with updated financials.

**IT IS SO ORDERED.**

Dated:  March 3, 2023
        New York, New York

_____/s/ Martin Glenn_____
               MARTIN GLENN
        Chief United States Bankruptcy Judge