# Notice Recipients

District/Off: 0208−1                   User: admin                        Date Created: 3/3/2023
Case: 22−01179−mg                      Form ID: pdf001                    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
pla          Daniel Frishberg
                                                                          TOTAL: 1