**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| CELSIUS NETWORK LLC, *et al.*, ) | Case No. 22-10964 (MG) |
| ) |  |
| Debtors. ) | (Jointly Administered) |
| ) |  |
| ) |  |
| DANIEL FRISHBERG, ) |  |
| ) |  |
| Plaintiff, ) | Adversary Proceeding No. 22-01179 (MG) |
| v. ) |  |
| ) |  |
| CELSIUS NETWORK LLC; ) |  |
| CELSIUS KEYFI LLC; ) |  |
| CELSIUS LENDING LLC; ) |  |
| CELSIUS MINING LLC; ) |  |
| CELSIUS NETWORK INC.; ) |  |
| CELSIUS NETWORK LIMITED; ) |  |
| CELSIUS NETWORKS LENDING LLC; ) |  |
| and CELSIUS US HOLDING LLC, ) |  |
| ) |  |
| Defendants. ) |  |
| ) |  |

**ORDER WAIVING FILING FEE**

On December 22, 2022, Daniel Frishberg ("Frishberg") filed a Motion to Waive the Filing Fee for the above referenced adversary proceeding (the "Motion," ECF Doc. # 3.) The Motion did not contain any documentation of Frishberg's financial situation. On December 23, 2023, the Court entered an order (ECF Doc. # 4) denying the Motion. Because Frishberg did not subsequently pay the filing fee, on February 10, 2023 the Court entered an order to show cause (the "Order to Show Cause," ECF Doc. # 6) requiring Frishberg within 14 days to either 1) pay the filing fee or 2) re-apply for a fee waiver and include a financial statement, which could be

filed under seal. (Order to Show Cause at 2.) The Order to Show Cause also provided that the Defendant's time to answer the complaint would be suspended until the issue of the fee waiver was resolved. (*Id.*) Frishberg timely filed a financial statement under seal which demonstrates his entitlement to a fee waiver at this time. (*See* ECF Doc. # 11.)

It is hereby, ORDERED, that the filing fee is waived.

It is further, ORDERED, that the Defendant's time to answer the complaint shall no longer be suspended and shall begin running again as of the date of this order.

It is further, ORDERED, that any further requests from Frishberg for a fee waiver will require a renewed application with updated financials.

**IT IS SO ORDERED.**

Dated:  March 3, 2023
         New York, New York

                                    _____/s/ Martin Glenn_____
                                       MARTIN GLENN
                                 Chief United States Bankruptcy Judge

2

United States Bankruptcy Court

Southern District of New York

Frishberg,
    Plaintiff

Celsius Network LLC,
    Defendant

Adv. Proc. No. 22-01179-mg

# CERTIFICATE OF NOTICE

District/off: 0208-1      User: admin      Page 1 of 2
Date Rcvd: Mar 03, 2023      Form ID: pdf001      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Daniel Frishberg |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:

**Name**      **Email Address**

Joshua Sussberg
     on behalf of Defendant Celsius Keyfi LLC jsussberg@kirkland.com
     hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
     on behalf of Defendant Celsius Network Inc. jsussberg@kirkland.com
     hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
     on behalf of Defendant Celsius US Holding LLC jsussberg@kirkland.com
     hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
     on behalf of Defendant Celsius Networks Lending LLC jsussberg@kirkland.com
     hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
     on behalf of Defendant Celsius Network LLC jsussberg@kirkland.com
     hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg

| District/off: 0208-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: pdf001 | Total Noticed: 0 |

        on behalf of Defendant Celsius Mining LLC jsussberg@kirkland.com
        hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg

        on behalf of Defendant Celsius Network Limited jsussberg@kirkland.com
        hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

TOTAL: 7