Daniel A. Frishberg
*Pro se*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered.) |
| | ) | |
| DANIEL FRISHBERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Pro. No. 22-01179 (MG) |
| v. | ) | |
| | ) | |
| CELSIUS NETWORK LLC; | ) | |
| CELSIUS KEYFI LLC; | ) | |
| CELSIUS LENDING LLC; | ) | |
| CELSIUS MINING LLC; | ) | |
| CELSIUS NETWORK INC.; | ) | |
| CELSIUS NETWORK LIMITED; | ) | |
| CELSIUS NETWORKS LENDING LLC; | ) | |
| and CELSIUS US HOLDING LLC. | ) | |
| | ) | |
| Defendants. | ) | |

# DANIEL A. FRISHBERG'S REQUEST FOR SUMMONS

Daniel A. Frishberg ("Mr. Frishberg"), hereby requests (the "Request") a Summons (the "Summons") to be issued, so that he may serve the Summons upon the Defendants.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

### Pro Se Relief

Mr. Frishberg repeats and reincorporates all of his previous requests for *pro se* relief, as well as a general request for any relief afforded to *pro se*, including ones he may not have requested due to not knowing they exist.

### Reservation of Rights

Mr. Frishberg reserves and and all rights, for further information see my *Reservation of Rights*, that has been filed previously on the docket. Mr. Frishberg repeats, and incorporates all reservations of rights, that have been filed in this case (by all parties), and this filing should not be interpreted as a consent to anything, admitting anything, agreeing to anything, including but not limited to claims, jurisdiction, me owing someone, them owing me something, a possession/interest, or lack of possession/interest in assets, etc.

Respectfully submitted,
Daniel A. Frishberg *Pro Se*

/s/*Daniel A. Frishberg*
Tampa, Florida, USA
March 7th, 2023,