Daniel A. Frishberg
*Pro se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] ) | Case No. 22-10964 (MG) |
| ) | |
| Debtors. ) | (Jointly Administered.) |
| ) | |
| DANIEL FRISHBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Pro. No. 22-01179 (MG) |
| v. ) | |
| ) | |
| CELSIUS NETWORK LLC; ) | |
| CELSIUS KEYFI LLC; ) | |
| CELSIUS LENDING LLC; ) | |
| CELSIUS MINING LLC; ) | |
| CELSIUS NETWORK INC.; ) | |
| CELSIUS NETWORK LIMITED; ) | |
| CELSIUS NETWORKS LENDING LLC; ) | |
| and CELSIUS US HOLDING LLC. ) | |
| ) | |
| Defendants. ) | |

# CERTIFICATE OF SERVICE

I certify that on Wednesday, March 9th, 2023, a true and correct copy *Daniel A.*

*Frishberg's Demand For A Jury Trial Under Rule 38* (Docket No. 17), my *Amended Complaint*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

(Docket No. 18), was filed with the Clerk of the United States Bankruptcy Court in the Southern District of New York, and served upon the Core/2002 service list by electronic mail, in accordance with the SDNY Bankruptcy Court's *Amended Final Order (I) Establishing Certain Notice, Case Management, And Administrative Procedures, And (II) Granting Related Relief* (ECF Docket No. 1181). I also certify that my requested Second Summons (Docket No. 16) was served upon the core list, it should be noted that the Debtors (and to the best of my recollection the UCC) consented to electronic service via email.

Respectfully Signed,

Daniel Frishberg, *Pro Se*

03/11/2023

/s/<u>Daniel A. Frishberg</u>

*[Rest of the page has been left intentionally blank]*