**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:  <br><br>CELSIUS NETWORK LLC, *et al.*,[1]  <br><br>                                Debtors. | ) ) Chapter 11 <br>) <br>) Case No. 22-10964 (MG) <br>) <br>) (Jointly Administered) <br>) |
| DANIEL FRISHBERG, <br><br>                                Plaintiff, <br>v. <br><br>CELSIUS NETWORK LLC, *et al.*, <br><br>                                Defendants. | ) <br>) <br>) <br>) Adversary Proceeding No. 22-01179 (MG) <br>) <br>) <br>) <br>) |
| IMMANUEL HERRMANN, <br><br>                                Plaintiff, <br>v. <br><br>CELSIUS NETWORK LLC, *et al.*, <br><br>                                Defendants. | ) <br>) <br>) <br>) Adversary Proceeding No. 23-01025 (MG) <br>) <br>) <br>) <br>) |

**JOINT STIPULATION AND AGREED ORDER BY AND AMONG THE DEBTORS, DANIEL FRISHBERG AND IMMANUEL HERRMANN STAYING DEADLINES**

This Stipulation and Agreed Order (this "**Stipulation and Order**") is made and entered into by and among: (1) the debtors in the above-captioned chapter 11 cases (the "**Debtors**"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

(2) Daniel Frishberg, and (3) Immanuel Herrmann ((2) and (3) together, the "**Claimants**," and together with the Debtors, the "**Parties**"). The Parties hereby stipulate and agree as follows:

### RECITALS

**WHEREAS**, on December 9, 2022, Daniel Frishberg filed a complaint against certain of the Debtors commencing Adversary Proceeding No. 22-01179 (the "**Frishberg Complaint**");

**WHEREAS**, on February 9, 2023, Daniel Frishberg filed Proof of Claim No. 24480 (the "**Frishberg Claim**");

**WHEREAS**, on February 9, 2023, Immanuel Herrmann filed Proof of Claim No. 24604 (the "**Herrmann Claim**" and collectively with the Frishberg Claim, the "**Claims**");

**WHEREAS**, on February 19, 2023, the Debtors objected to the Frishberg Claim [Dkt. No. 2107] and the Herrmann Claim [Dkt. No. 2105] (collectively, the "**Claims Objections**");

**WHEREAS**, on March 21, 2023, Mr. Herrmann filed a complaint against the Debtors commencing Adversary Proceeding No. 23-01025 (the "**Herrmann Complaint**," and together with the Frishberg Complaint, the "**Complaints**");

**WHEREAS**, on April 17, 2023, the Parties agreed to stay all active deadlines for a period of thirty (30) days;

**WHEREAS**, on May 18, 2023, the Parties agreed to stay the Debtors' deadline to respond to the Complaints to June 20, 2023;

**WHEREAS**, the Claimants have indicated an intention to file amended complaints in the Adversary Proceedings;

**WHEREAS**, the Debtors consent to the Claimants filing amended complaints in their respective Adversary Proceedings.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED AND, UPON APPROVAL BY THE BANKRUPTCY COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1. The foregoing recitals are incorporated herein by reference.

2. The Debtors' deadline to respond to the Complaints is extended in each matter to July 20, 2023.

3. The Claimants shall be permitted to amend their respective Complaints one additional time without seeking further leave of the Court.

4. Nothing in this Stipulation and Order shall prevent any Party from petitioning the Court for an amended schedule with regard to the Adversary Proceedings upon a showing of good cause.

**IT IS SO ORDERED.**

New York, New York
Dated: _____, 2023

                                                THE HONORABLE MARTIN GLENN
                                                CHIEF UNITED STATES BANKRUPTCY JUDGE

STIPULATED AND AGREED TO THIS 16th DAY OF JUNE, 2023:

| | |
|---|---|
| New York, New York<br>Dated: June 16, 2023 | */s/ Joshua A. Sussberg*<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:         joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:   (312) 862-2200<br>Email:         patrick.nash@kirkland.com<br>                     ross.kwasteniet@kirkland.com<br>                     chris.koenig@kirkland.com<br>                     dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |
| */s/ Daniel Frishberg*<br>Daniel Frishberg | */s/ Immanuel Herrmann*<br>Immanuel Herrmann |